FILED
MAY 29 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. P-03-CR- P 03CR16 |
| | ) | |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | [Vio: 18 USC 3146, |
| V. | ) | Failure to appear] |
| | ) | |
| PORFIRIO VALDEZ-NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**The Grand Jury Charges:**

**Count One**
**[18 U.S.C. § 3146(a)(2)]**

On or about May 13, 2003, in the Western District of Texas, Defendant,

PORFIRIO VALDEZ-NUNEZ,

knowingly did fail to appear before the United States District Court for the Western District of Texas as required by the conditions of release.

A violation of Title 18, United States Code, Section 3146.

**A True Bill**

[redacted]

Forepe[redacted]

Johnny Sutton
United States Attorney

James J. Miller, Jr.
Assistant United States Attorney